1  GRADSTEIN & MARZANO, P.C.
   HENRY GRADSTEIN (State Bar No. 89747)
2  hgradstein@gradstein.com
   MARYANN R. MARZANO (State Bar No. 96867)
3  mmarzano@gradstein.com
   HARVEY W. GELLER (State Bar No. 123107)
4  hgeller@gradstein.com
   6310 San Vicente Blvd., Suite 510
5  Los Angeles, California 90048
   Telephone: 323-776-3100
6
   EVAN S. COHEN (State Bar No. 119601)
7  esc@manifesto.com
   1180 South Beverly Drive, Suite 510
8  Los Angeles, California 90035
   Telephone: 310-556-9800  Facsimile: 310-556-9801
9
   Attorneys for Plaintiff
10 FLO & EDDIE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LA  CV14  07648-ODW(SHx)

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PANDORA MEDIA, INC, a Delaware corporation; and DOES 1 through 100,<br><br>    Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>1. **VIOLATION OF CALIFORNIA CIVIL CODE § 980(a)(2);**<br>2. **MISAPPROPRIATION;**<br>3. **VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200; and**<br>4. **CONVERSION**<br><br>**DEMAND FOR JURY TRIAL** |

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

Plaintiff Flo & Eddie, Inc. ("Flo & Eddie"), on behalf of itself and on behalf of all other similarly situated owners of sound recordings, hereby complain and allege as follows:

## **PRELIMINARY STATEMENT**

1.      Defendant Pandora Media, Inc. ("Pandora") is one of the leading operators of an internet radio service in the United States, offering a personalized music experience for each of its 200 million registered users "wherever and whenever they want to listen to radio on a wide range of smart phones, tablets, traditional computers, car audio systems and a range of other internet-connected devices" (the "Music Service").

2.      Although Pandora readily acknowledges that to "secure the rights to stream music content over the internet, [it] must obtain licenses from, and pay royalties to, copyright owners of both sound recordings and musical works," it nevertheless chose not to obtain licenses from one large category of copyright owners, namely, owners of sound recordings of musical performances that initially were fixed (*i.e.*, recorded) prior to February 15, 1972 ("pre-1972 recordings").

3.      Pre-1972 recordings comprise the historical backbone of the music industry. From Tin Pan Alley to the Big Band era to the Summer of Love, those recordings have defined generations and include the recordings of legendary artists such as The Turtles, Nat King Cole, Hank Williams, Billie Holliday, and The Beatles.

4.      Pandora fully understands the value of pre-1972 recordings to its business but has ignored the obligation to obtain licenses to exploit those recordings. Instead, Pandora has simply chosen to copy tens of thousands of pre-1972 recordings to its servers and transmit and perform them via streaming to its millions of users on a daily basis without any authorization whatsoever. Pandora profits handsomely from its exploitation of pre-1972 recordings by charging subscription fees to its users and by selling advertisements.

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

5.     Because Pandora has chosen to operate the Music Service without licenses for pre-1972 recordings, Pandora is now liable under California law for violation of California Civil Code § 980(a)(2), misappropriation, violation of California Business & Professions Code § 17200, and conversion for its unauthorized reproduction, distribution, and public performance of those recordings.

## **THE PARTIES**

6.     Flo & Eddie is a corporation duly organized and existing under the laws of California, with its principal place of business in Los Angeles, California.

7.     Flo & Eddie is owned by Howard Kaylan and Mark Volman, two of the founding members of the enormously popular band The Turtles. The Turtles are widely recognized as one of the most influential bands of the 1960s and are notable for their string of Top 40 hits, including "It Ain't Me Babe," "You Baby," "Happy Together," "She'd Rather Be With Me," "Elenore," and "You Showed Me."

8.     Through a series of transactions, Flo & Eddie acquired the exclusive ownership in all of The Turtles' Recordings, the titles of which are specified on the attached Schedule "A" and incorporated herein by reference ("The Turtles' Recordings").

9.     Flo & Eddie has been and continues to be engaged in the business of distributing, selling, and/or licensing the reproduction, distribution, sale, and performance of The Turtles' Recordings including in records, audiovisual works, and for streaming (*i.e.*, performing) and downloading over the Internet.

10.     Pandora is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in Oakland, California, and Santa Monica, California. Pandora owns and operates the Music Service which it designed to deliver uninterrupted, high quality streams of music tailored and customized to its users' preferences.

11.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as Does 1 through 100, inclusive, are

GRADSTEIN & MARZANO, P.C.
6310 San Vicente Blvd, Suite 510
Los Angeles, California 90048
Telephone: 323-776-3100

3

1   unknown to Flo & Eddie who therefore sues said Defendants by such fictitious

2   names.  Flo & Eddie will amend this Complaint to allege their true names and

3   capacities when such have been ascertained.  Upon information and belief, each of

4   the Doe defendants herein is responsible in some manner for the occurrences herein

5   alleged, and Flo & Eddie's injuries as herein alleged were proximately caused by

6   such defendants' acts or omissions.

7          12.    Flo & Eddie is informed and believes, and on that basis alleges, that at

8   all times mentioned in this complaint, Pandora and each of the Doe Defendants was

9   the agent of each other and, in doing the things alleged in this complaint, was acting

10  within the course and scope of such agency.

11                            **JURISDICTION AND VENUE**

12         13.    Jurisdiction exists pursuant to 28 U.S.C. § 1332(d)(2) because the

13  matter in controversy exceeds the sum or value of $25 million (exclusive of interest

14  and costs), is a class action in which a member of a class of plaintiffs is a citizen of a

15  state different from Pandora, and the number of members of the proposed class

16  exceeds 100.

17         14.    This Court has personal jurisdiction over Pandora because: (a) Pandora

18  is located and has its principal place of business in California, (b) Pandora is

19  engaged in tortious conduct in California by publicly performing, reproducing, and

20  distributing pre-1972 recordings within the state, and (c) Pandora's conduct causes

21  injury to Flo & Eddie and the class and their intellectual property in California.

22         15.    Venue in this District exists pursuant to 28 U.S.C. § 1391(b) and (c)

23  because Pandora resides and is subject to personal jurisdiction in this District and

24  because a substantial part of the events or omissions giving rise to the claims

25  occurred in this District.

26                  **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

27         16.    The Music Service is provided by Pandora to paying and non-paying

28  members of the public in California and elsewhere and delivers and streams music

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD., SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

4

through its website (www.pandora.com) and to smart phones and tablets through its downloadable Android and iOS App.  Among the sound recordings that Pandora publicly performs, reproduces, and distributes are The Turtles' Recordings.

17.     According to Pandora, as of December 31, 2013, it had more than 200 million registered users and "more than a 70% share of internet radio among the top 20 stations and networks in the United States."  In the first eleven months of 2013 alone, Pandora streamed 15.31 billion hours of radio time.

18.     Pandora understands that having a vast range and array of music is critical to the success of any music service which is why pre-1972 recordings constitute a significant part of the Music Service.  Pandora offers and advertises stations dedicated to pre-1972 recordings, such as "50s Rock 'n' Roll," "60s Oldies," "Motown," "Doo-Wop," "70s Folk," "Early Jazz," "Standards," "Classic Soul," "Jam Bands," and "Classic Rock."  Pandora promotes these stations in order to establish and increase its user base, popularity, and revenue.

19.     Flo & Eddie is informed and believes, and on that basis alleges, that in order to populate the Music Service's databases and in order to stream musical recordings to the public, Pandora has reproduced and copied and continues to reproduce and copy pre-1972 recordings, including to one or more servers and storage devices, and uses technology or systems that results in a copy of pre-1972 recordings being distributed to its users' computers or storage devices.

20.     Pandora is aware that it does not have any license, right, or authority to reproduce, perform, distribute or otherwise exploit via the Music Service any pre-1972 recordings (including The Turtles' Recordings).  Pandora is also aware which of the recordings its reproduces, performs, distributes or otherwise exploits via the Music Service are pre-1972 recordings.  Not only does Pandora provide biographical information about each artist and the artwork for the albums containing the pre-1972 recordings that it is reproducing, performing, distributing or otherwise exploiting, but Pandora analyzes each individual song that it streams.  Pandora

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

boasts of its "Music Genome Project" that consists of "a database of over 1,000,000 uniquely analyzed songs from over 100,000 artists, spanning over 500 genres and sub-genres, which we develop one song at a time by evaluating and cataloging each song's particular attributes." As Pandora states on its website:

> "We believe that each individual has a unique relationship with music – no one else has tastes exactly like yours. So delivering a great radio experience to each and every listener requires an incredibly broad and deep understanding of music. That's why Pandora is based on the Music Genome Project, the most sophisticated taxonomy of musical information ever collected. It represents over ten years of analysis by our trained team of musicologists, and spans everything from this past Tuesday's new releases all the way back to the Renaissance and Classical music."

21.    Pandora's entire business is built around selling access to music and selling the music itself. Pandora does this in two ways. Pandora delivers audio advertisements to its users in between songs and displays visual ads while music is actually playing. In addition, for a monthly fee of $4.99, Pandora offers a premium service called "Pandora One," which is advertisement free.

## CLASS ACTION ALLEGATIONS

22.    Flo & Eddie brings this action on behalf of itself individually and on behalf of all other similarly situated owners of Pre-1972 recordings, which recordings were reproduced, performed, distributed or otherwise exploited by Pandora via the Music Service in California. The proposed class is comprised of and defined as follows:

> All owners of sound recordings of musical performances that initially were "fixed" (*i.e.,* recorded) prior to February 15, 1972, which sound recordings were reproduced, performed, distributed

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

1   and/or otherwise exploited by Pandora via the Music Service in

2   California.

3       23.    This action may be properly brought and maintained as a class action

4   because there is a well-defined community of interest in the litigation and the

5   members of the proposed class are clearly and easily ascertainable and identifiable.

6       24.    The class for whose benefit this action is brought is so numerous that

7   joinder of all class members is impracticable.  Flo & Eddie is informed and believes

8   that there are hundreds or thousands of class members and that those class members

9   can be readily ascertained from the Pandora's database files and records and

10   discovery.  The class members can be readily located and notified of this action.

11       25.    The claims of Flo & Eddie are typical of the claims of the members of

12   the class, and Flo & Eddie's interests are consistent with and not antagonistic to

13   those of the other class members it seeks to represent.  Flo & Eddie and all members

14   of the class have sustained actual pecuniary loss and face irreparable harm arising

15   out of Pandora's continued course of conduct as complained of herein.

16       26.    Flo & Eddie have no interests that are adverse to, or which conflict

17   with, the interests of the absent members of the class and are able to fairly and

18   adequately represent and protect the interests of such a class.  Flo & Eddie has

19   raised viable statutory, misappropriation, unfair business practices, and conversion

20   claims of the type reasonably expected to be raised by members of the class, and

21   will vigorously pursue those claims.  If necessary, Flo & Eddie may seek leave of

22   the Court to amend this Complaint to include additional class representatives to

23   represent the class or additional claims as may be appropriate.  Flo & Eddie is

24   represented by experienced, qualified and competent counsel who are committed to

25   prosecuting this action.

26       27.    Common questions of fact and law exist as to all members of the class

27   that predominate over any questions affecting only individual members of the class.

28   These common legal and factual questions, which do not vary from class member to

CLASS ACTION COMPLAINT

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD., SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

1    class member, and which may be determined without reference to the individual
2    circumstances of any class member include, without limitation, the following:

3          (A)    Whether Pandora reproduced, performed, distributed or
4    otherwise exploited via the Music Service pre-1972 recordings in California;

5          (B)    Whether Pandora's reproduction, performance, distribution or
6    other exploitation via the Music Service of pre-1972 recordings in California
7    constitutes a violation of California Civil Code § 980(a)(2);

8          (C)    Whether Pandora's reproduction, performance, distribution or
9    other exploitation via the Music Service of pre-1972 recordings in California
10   constitutes an unfair business practice in violation of California Business &
11   Professions Code § 17200;

12         (D)    Whether Pandora's reproduction, performance, distribution or
13   other exploitation via the Music Service of pre-1972 recordings in California
14   constitutes misappropriation;

15         (E)    Whether Pandora's reproduction, performance, distribution or
16   other exploitation via the Music Service of pre-1972 recordings in California
17   constitutes conversion;

18         (F)    The basis and method for determining and computing damages
19   and/or restitution and disgorgement;

20         (G)    Whether, pursuant to California Civil Code § 3294, Pandora is
21   guilty of oppression, fraud, or malice thereby entitling the members of the
22   class to an award of punitive damages; and

23         (H)    Whether Pandora's conduct is continuing thereby entitling the
24   members of the class to injunctive or other relief.

25       28.    A class action is superior to other available methods for the fair and
26   efficient adjudication of this controversy since individual litigation of the claims of
27   all class members is impracticable. The claims of the individual members of the
28   Class may range from smaller sums to larger sums. Thus, for those class members

GRADSTEIN & MARZANO, P.C.
6310 San Vicente Blvd, Suite 510
Los Angeles, California 90048
Telephone: 323-776-3100

1  with smaller claims, the expense and burden of individual litigation may not justify

2  pursuing the claims individually.  And even if every member of the class could

3  afford to pursue individual litigation, the Court system could not.  It would be

4  unduly burdensome to the courts in which individual litigation of numerous cases

5  would proceed.  Individualized litigation would also present the potential for

6  varying, inconsistent, or contradictory judgments and would magnify the delay and

7  expense to all parties and to the court system resulting from multiple trials of the

8  same factual issues.  By contrast, the maintenance of this action as a class action

9  presents few management difficulties, conserves the resources of the parties and of

10  the court system, and protects the rights of each member of the class.  Flo & Eddie

11  anticipates no difficulty in the management of this action as a class action.

### FIRST CLAIM FOR RELIEF
#### (For Violation of California Civil Code § 980(a)(2)
#### As Against All Defendants)

14  29.    Flo & Eddie hereby incorporates the allegations set forth above in

15  paragraphs 1 through 28 above, as though fully set forth herein.

16  30.    Pursuant to California Civil Code § 980(a)(2), Flo & Eddie and the

17  members of the class possess exclusive ownership interests in and to the pre-1972

18  Recordings, including the artistic performances embodied in those recordings.

19  31.    Through its unauthorized reproduction, performance, distribution, or

20  other exploitation via the Music Service of pre-1972 recordings (including The

21  Turtles' Recordings) in California, Pandora has infringed the exclusive ownership

22  interests in and to the pre-1972 recordings in violation of California Civil Code §

23  980(a)(2).

24  32.    As a direct and proximate consequence of Pandora's violation of

25  California Civil Code § 980(a)(2), Pandora has received and retained money and

26  value that rightfully belongs to Flo & Eddie and the members of the class.

27  33.    As a direct and proximate consequence of Pandora's violation of

28  California Civil Code § 980(a)(2), Flo & Eddie and the members of the class have

1    been damaged in an amount that is not as yet fully ascertained but which Flo &

2    Eddie is informed and believes exceeds $25 million.

3         34.     Pandora's conduct is causing, and unless enjoined and restrained by

4    this Court will continue to cause, Flo & Eddie and each member of the class great

5    and irreparable injury that cannot fully be compensated or measured in money.  Flo

6    & Eddie and each member of the class have no adequate remedy at law.  Flo &

7    Eddie and each member of the class are entitled to temporary, preliminary and

8    permanent injunctions, prohibiting further violation of the ownership interests of Flo

9    & Eddie and each member of the class in the pre-1972 recordings.

## SECOND CLAIM FOR RELEIF

### (For Misappropriation)
### As Against All Defendants)

11        35.     Flo & Eddie hereby incorporates the allegations set forth above in

paragraphs 1 through 28 above, as though fully set forth herein.

     36.     Pursuant to California Civil Code § 980(a)(2) and California common

law, Flo & Eddie and the members of the class possess exclusive ownership

interests in and to the pre-1972 Recordings, including the artistic performances

embodied in those recordings.

     37.     Flo & Eddie and its predecessors in interest invested substantial time

and money in developing The Turtles' Recordings.

     38.     Because Pandora does not obtain licenses, it does not incur any of the

costs that a licensee is otherwise obligated to pay in order to reproduce, perform,

distribute or otherwise exploit via the Music Service pre-1972 recordings (including

The Turtles' Recordings).

     39.     Pandora has misappropriated, and continues to misappropriate, for its

own commercial benefit, the exclusive ownership interests in and to the pre-1972

recordings reproducing, performing, distributing or otherwise exploiting via the

Music Service pre-1972 recordings (including The Turtles' Recordings).

GRADSTEIN & MARZANO, P.C.
8310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

CLASS ACTION COMPLAINT

40.     As a direct and proximate consequence of Pandora's misappropriation, Pandora has received and retained money and value that rightfully belongs to Flo & Eddie and the members of the class.

41.     As a direct and proximate consequence of Pandora's misappropriation, Flo & Eddie and the members of the class have been damaged in an amount that is not as yet fully ascertained but which Flo & Eddie is informed and believes exceeds $25 million.

42.     Flo & Eddie is informed and believes, and on that basis alleges, that in engaging in the conduct described herein, Pandora acted with oppression, fraud and/or malice.  The conduct of Pandora has been despicable and undertaken in conscious disregard of the rights of Flo & Eddie and each member of the class. Accordingly, Flo & Eddie and each member of the class are entitled to an award of punitive damages against Pandora in an amount sufficient to punish and make an example of it.

43.     Pandora's conduct is causing, and unless enjoined and restrained by this Court, will continue to cause, Flo & Eddie and each member of the class great and irreparable injury that cannot fully be compensated or measured in money.  Flo & Eddie and each member of the class have no adequate remedy at law.  Flo & Eddie and each member of the class are entitled to temporary, preliminary and permanent injunctions, prohibiting further violation of the ownership interests of Flo & Eddie and each member of the class in the pre-1972 recordings.

### THIRD CLAIM FOR RELEIF
**(For Unfair Business Practices)**
**As Against All Defendants)**

44.     Flo & Eddie hereby incorporates the allegations set forth above in paragraphs 1 through 28 above, as though fully set forth herein.

45.     Pursuant to California Civil Code § 980(a)(2) and California common law, Flo & Eddie and the members of the class possess exclusive ownership

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

1   interests in and to the pre-1972 Recordings, including the artistic performances

2   embodied in those recordings.

3        46.    Pandora's conduct in reproducing, performing, distributing, or other

4   exploitation via the Music Service pre-1972 recordings (including The Turtles'

5   Recordings) constitutes a misappropriation of the property rights of Flo & Eddie and

6   each member of the class in the pre-1972 recordings and a violation of California

7   Civil Code § 980(a)(2).

8        47.    By misappropriating the property rights of Flo & Eddie and each

9   member of the class in the pre-1972 recordings and by violating California Civil

10  Code § 980(a)(2), Pandora has engaged in unfair business practices in violation of

11  California Business & Professions Code § 17200.

12       48.    As a direct and proximate consequence of its violation of California

13  Business & Professions Code § 17200, Pandora has received and retained money

14  and value that rightfully belongs to Flo & Eddie and the members of the class.

15       49.    As a direct and proximate result of Pandora's conduct, Flo & Eddie and

16  each member of the class are entitled to restitution and disgorgement under

17  California Business & Professions Code § 17200 in an amount that is not as yet

18  fully ascertained but which Flo & Eddie is informed and believes exceeds $25

19  million.

20       50.    Flo & Eddie is informed and believes, and on that basis alleges, that in

21  engaging in the conduct described herein, Pandora acted with oppression, fraud

22  and/or malice.  The conduct of Pandora has been despicable and undertaken in

23  conscious disregard of the rights of Flo & Eddie and each member of the class.

24  Accordingly, Flo & Eddie and each member of the class are entitled to an award of

25  punitive damages against Pandora in an amount sufficient to punish and make an

26  example of it.

27       51.    Pandora's conduct is causing, and unless enjoined and restrained by

28  this Court, will continue to cause, Flo & Eddie and each member of the class great

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD., SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

CLASS ACTION COMPLAINT

1  and irreparable injury that cannot fully be compensated or measured in money.  Flo

2  & Eddie and each member of the class have no adequate remedy at law.  Flo &

3  Eddie and each member of the class are entitled to temporary, preliminary and

4  permanent injunctions, prohibiting further violation of the ownership interests of Flo

5  & Eddie and each member of the class in the pre-1972 recordings.

**FOURTH CLAIM FOR RELIEF**
(For Conversion)
**As Against All Defendants)**

8      52.    Flo & Eddie hereby incorporates the allegations set forth above in

9  paragraphs 1 through 28 above, as though fully set forth herein.

10      53.    Pursuant to California Civil Code § 980(a)(2) and California common

11  law, Flo & Eddie and the members of the class possess exclusive ownership

12  interests in and to the pre-1972 Recordings, including the artistic performances

13  embodied in those recordings.

14      54.    By reproducing, performing, distributing or otherwise exploiting via

15  the Music Service pre-1972 recordings (including The Turtles' Recordings),

16  Pandora has converted for its own use Flo & Eddie and each member of the class's

17  property rights in the pre-1972 recordings and has dispossessed each of their of

18  property rights.

19      55.    As a direct and proximate consequence of its conversion, Pandora has

20  received and retained money and value that rightfully belongs to Flo & Eddie and

21  the members of the class.

22      56.    As a direct and proximate consequence of Pandora's conversion, Flo &

23  Eddie and the members of the class have been damaged in an amount that is not as

24  yet fully ascertained but which Flo & Eddie is informed and believes exceeds $25

25  million.

26      57.    Flo & Eddie is informed and believes, and on that basis alleges, that in

27  engaging in the conduct described herein, Pandora acted with oppression, fraud

28  and/or malice.  The conduct of Pandora has been despicable and undertaken in

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

13

1  conscious disregard of the rights of Flo & Eddie and each member of the class.
2  Accordingly, Flo & Eddie and each member of the class are entitled to an award of
3  punitive damages against Pandora in an amount sufficient to punish and make an
4  example of it.

5     58.   Pandora's conduct is causing, and unless enjoined and restrained by
6  this Court, will continue to cause, Flo & Eddie and each member of the class great
7  and irreparable injury that cannot fully be compensated or measured in money.  Flo
8  & Eddie and each member of the class have has no adequate remedy at law.  Flo &
9  Eddie and each member of the class are entitled to temporary, preliminary and
10 permanent injunctions, prohibiting further violation of the ownership interests of Flo
11 & Eddie and each member of the class in the pre-1972 recordings.

## **PRAYER**

13     WHEREFORE, Flo & Eddie, on behalf of itself and all other members of the
14 class, prays for Judgment against Pandora and the Doe defendants, and each of
15 them, as follows:

16     A.    Determining that this is a proper class action maintainable pursuant to
17 Rule 23 of the Federal Rules Civil Procedure, and certifying Flo & Eddie as class
18 representative, and Flo & Eddies' counsel as class counsel.

19     B.    On all claims except for violation of California Business & Professions
20 Code § 17200, compensatory damages in excess of $25 million according to proof;

21     C.    On the claim for violation of California Business & Professions Code §
22 17200, restitution and disgorgement of Pandora's unlawful proceeds and revenues in
23 excess of $25 million.

24     D.    On the second, third, and fourth claims, punitive and exemplary
25 damages according to proof at trial.

26     E.    On all claims, a temporary, preliminary, and permanent injunction
27 enjoining and restraining Pandora, and their respective agents, servants, directors,
28 officers, principals, employees, representatives, subsidiaries and affiliated

GRADSTEIN & MARZANO, P.C.
6310 San Vicente Blvd, Suite 510
Los Angeles, California 90048
Telephone: 323-776-3100

1  companies, successors, assigns, and those acting in concert with them or at their

2  direction, from infringing, misappropriating, or converting, directly or indirectly, in

3  California the exclusive ownership interests in and to the pre-1972 Recordings,

4  including the artistic performances embodied in those recordings, including without

5  limitation by directly or indirectly reproducing, performing, distributing, or

6  otherwise exploiting via the Music Service the pre-1972 recordings.

7      F.      On all claims, pre- and post-judgment interest.

8      G.      For such fees and costs (including reasonable attorneys' fees) incurred

9  herein as permitted by law.

10     H.      For such other and further relief as the Court deems just and proper.

11

12  DATED: October 1, 2014          GRADSTEIN & MARZANO, P.C.

13                                  Henry Gradstein
                                    Maryann R. Marzano
14                                  Harvey W. Geller

15

16                                  By: _____

17                                      Henry Gradstein
                                        Attorneys for Plaintiff
18                                      FLO & EDDIE, INC.

19

20

21

22

23

24

25

26

27

28

GRADSTEIN & MARZANO, P.C.
6310 San Vicente Blvd, Suite 510
Los Angeles, California 90048
Telephone: 323-776-3100

1

## **DEMAND FOR JURY TRIAL**

2          Plaintiff Flo & Eddie, Inc. demands a trial by jury of the claims alleged in this

3 Complaint.

4

5 DATED: October 1, 2014                    GRADSTEIN & MARZANO, P.C.
                                           Henry Gradstein
6                                          Maryann R. Marzano
                                           Harvey W. Geller
7

8

9                                          By:
10                                              Henry Gradstein
                                               Attorneys for Plaintiff
11                                             FLO & EDDIE, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

GRADSTEIN & MARZANO, P.C.
6310 SAN VICENTE BLVD, SUITE 510
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: 323-776-3100

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated, | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) Civil Action No. **LA CV14 07648-ODW(SHx)** |
| PANDORA MEDIA, INC., a Delaware corporation; and DOES 1 through 100, | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GRADSTEIN & MARZANO, P.C.
Henry Gradstein, Esq.
Maryann R. Marzano, Esq.
Harvey W. Geller, Esq.
6310 San Vicente Blvd., Suite 510
Los Angeles, CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _OCT - 2 2014_ _____                    _____
_Signature of Clerk or Deputy Clerk_

1164

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) <br><br> FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) <br><br> PANDORA MEDIA, INC., a Delaware corporation; and DOES 1 through 100 |
| **(b)** County of Residence of First Listed Plaintiff   Los Angeles <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ <br> *(IN U.S. PLAINTIFF CASES ONLY)* |
| **(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. <br> GRADSTEIN & MARZANO, P.C.; Henry Gradstein, SBN 89747 <br> Maryann R. Marzano, SBN 96867; Harvey Geller, SBN 123107 <br> 6310 San Vicente Blvd., Suite 510, Los Angeles, California 90048; (323) 776-3100 | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)   CAFA

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ 25 Million

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Class action complaint based on diversity arising under 28 U.S.C. 1332(d)(2) -- damages in excess of $5 million and over 100 class members -- for violation of rights in sound recordings fixed prior to February 15, 1972, under California statutory and common law.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   LA CV14 07648-ODW (SHx)

CV-71 (06/14)     **CIVIL COVER SHEET**     Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the **SOUTHERN DIVISION.** | If "yes," your case will initially be assigned to the **EASTERN DIVISION.** |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. |
| | Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**                    ☒ NO          ☐ YES

    If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court?**          ☐ NO          ☒ YES

    If yes, list case number(s):   CV-13-05693 PSG (RZx) _____

Civil cases are related when they:

    ☐ A. Arise from the same or closely related transactions, happening, or event;

    ☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

    ☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

    Check all boxes that apply.  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

| **X. SIGNATURE OF ATTORNEY** | |
|---|---|
| **(OR SELF-REPRESENTED LITIGANT):** | DATE:  10-1-14 |

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |