1 | GRADSTEIN & MARZANO, P.C.
2 | HENRY GRADSTEIN (SBN 89747)
HGradstein@gradstein.com
3 | MARYANN R. MARZANO (SBN 96867)
mmarzano@gradstein.com
4 | HARVEY W. GELLER (SBN 123107)
hgeller@gradstein.com
5 | 6310 San Vicente Blvd., Suite 510
Los Angeles, CA 90048
T: 323-776-3100

EVAN S. COHEN (SBN 119601)
esc@manifesto.com
1180 South Beverly Drive, Suite 510
Los Angeles, CA 90035
T: 310-556-9800  F: 310-556-9801

Attorneys for Plaintiff
FLO & EDDIE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & Eddie, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC., a Delaware corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. CV14-07648 PSG (RZx)<br><br>**STIPULATION TO EXTEND PANDORA MEDIA, INC.'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Honorable Philip S. Gutierrez<br><br>Complaint Served: October 22, 2014<br><br>Current Response Date: November 12, 2014<br><br>New Response Date: December 5, 2014 |

WHEREAS, Plaintiff, Flo & Eddie, Inc. ("Flo & Eddie") filed its Complaint on October 2, 2014, and served Defendant Pandora Media, Inc. ("Pandora") on October 22, 2014;

WHEREAS, Pandora's initial deadline to respond to the Complaint is November 12, 2014;

WHEREAS, Pandora has requested additional time in order to retain counsel and to investigate and adequately respond to Flo & Eddie's Complaint;

WHEREAS, the parties agree to extend the time for Pandora to file an answer or otherwise respond to Flo & Eddie's Complaint;

Accordingly, IT IS HEREBY STIPULATED that Pandora shall have to and including December 5, 2014, within which to respond to the Complaint.

Dated: November 12, 2014

HENRY GRADSTEIN
MARYANN R. MARZANO
HARVEY W. GELLER
GRADSTEIN & MARZANO, P.C.

By: _____
Harvey W. Geller

Attorneys for Plaintiff
FLO & EDDIE, INC.

Dated: November 12, 2014

MORVARID METANAT
PANDORA MEDIA, INC.

By: _____
Morvarid Metanat
CA Bar No: 268228 (application for admission to Central District of California pending)

Attorney for Defendant
PANDORA MEDIA, INC.