# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7648-PSG (RZx) | Date | February 23, 2015 |
|---|---|---|---|
| Title | FLO & EDDIE, INC. -VS- PANDORA MEDIA, INC., ET AL. | | |

Present: The Honorable  PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

    Henry Goldstein
    Daniel Lifschitz
    Harvey Geller

Attorneys Present for Defendants:

    Andrew Gass
    James Lynch

**Proceedings:**  DEFENDANT PANDORA MEDIA, INC'S SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE §425.162 FILED 12/19/14 (DOC 22); AND

2. SCHEDULING CONFERENCE
JT 26f REPORT FILED: 02-11-15

The Court, having considered all papers submitted as to the Motion referenced above, and the oral argument presented today, takes the motion under submissio, and vacates the Scheduling Conference, to be reset at a later time.

:   28

Initials of Preparer   wh