| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Andrew M. Gass (SBN 259694) |
|   | James K. Lynch (SBN 178600) |
| 3 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111-6538 |
| 4 | Telephone: +1.415.391.0600 |
|   | Facsimile: +1.415.395.8095 |
| 5 | Email:  Andrew.Gass@lw.com |
|   | Email:  Jim.Lynch@lw.com |
| 6 | |
| 7 | Attorneys for Defendant |
|   | PANDORA MEDIA, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated, | Case No. CV 14 07648-PSG (RZx) |
| | Case Filed:  October 2, 2014 |
| | Trial Date:   None Set |
| Plaintiff, | **REPRESENTATION STATEMENT** |
| v. | |
| PANDORA MEDIA, INC., a Delaware corporation; and DOES 1 through 100, | Location:  Courtroom 880 - Roybal |
| | Judge:       Hon. Philip S. Gutierrez |
| Defendants. | |

1  The undersigned represents Pandora Media, Inc., Defendant and Appellant
2  in this appeal.  The following page identifies both parties to this action and
3  identifies their counsel by name, address, and phone number, in accordance with
4  Ninth Circuit Rule 3-2(b).

6  Dated:  February 24, 2015          LATHAM & WATKINS LLP

8                                     By:  */s/ Andrew M. Gass*
                                           Andrew M. Gass

   LATHAM & WATKINS LLP
   Andrew M. Gass (SBN 259694)
   James K. Lynch (SBN 178600)
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
   Andrew.Gass@lw.com
   Jim.Lynch@lw.com

   Attorneys for Defendant
   PANDORA MEDIA, INC.

United States District Court
Central District of California

*Flo & Eddie, Inc. v. Pandora Media, Inc., et al.*
Case No. CV-14-07648-PSG (RZx)

Plaintiff/Appellee in this action, Flo & Eddie, Inc., is represented by the following counsel:

>Henry Gradstein
>Maryann R. Marzano
>Harvey W. Geller
>GRADSTEIN & MARZANO, P.C.
>6310 San Vicente Blvd., Suite 510
>Los Angeles, California 90048
>Telephone: 323.776.3100
>Facsimile: 323.931.4990
>hgradstein@gradstein.com
>mmarzano@gradstein.com
>hgeller@gradstein.com

>Evan S. Cohen
>1180 South Beverly Drive, Suite 510
>Los Angeles, California 90035
>Telephone: 310.556.9800
>Facsimile: 310.556.9801
>esc@manifesto.com

Defendant/Appellant in this action, Pandora Media, Inc., is represented by the following counsel:

>Andrew M. Gass
>James K. Lynch
>LATHAM & WATKINS LLP
>505 Montgomery Street, Suite 2000
>San Francisco, California 94111-6538
>Telephone: 415.391.0600
>Facsimile: 415.395.8095
>Andrew.Gass@lw.com
>Jim.Lynch@lw.com