|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 14 2019 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,

    Plaintiff-Appellee,

  v.

PANDORA MEDIA, INC., a Delaware corporation,

    Defendant-Appellant.

No. 15-55287

D.C. No. 2:14-cv-07648-PSG-RZ

ORDER

Before: PAEZ, Circuit Judge, and FRIEDMAN,[*] District Judge.

    On May 22, 2019, the California Supreme Court dismissed consideration of the questions certified in this case. The Ninth Circuit docket is reopened. In light of the enactment of United States Public Law No. 115 264, the "Orrin G. Hatch-Bob Goodlatte Music Modernization Act," we direct the parties to file supplemental briefs addressing how this law affects the questions on appeal. We order the following supplemental briefing schedule and page limits:

---

    [*] The Honorable Paul L. Friedman, United States District Judge for the District of Columbia, sitting by designation.

| Brief | Deadline | Page Limit |
| --- | --- | --- |
| Appellant's Supplemental Brief | June 28, 2019 | 15 pages |
| Appellee's Supplemental Response Brief | July 5, 2019 | 15 pages |
| Appellant's Supplemental Reply Brief | July 12, 2019 | 10 pages |