E-FILED 12/5/19

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendant. | Case No. 2:14-cv-07648-PSG (RZx)<br><br>[~~PROPOSED~~] ORDER TO CHANGE HEARING DATE ON STATUS CONFERENCE<br><br>Dept.:   Courtroom 6A<br>Judge:  Philip S. Gutierrez |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Scheduling Conference previously scheduled for December 16, 2019 at 2:30 p.m. is continued to   1/6/20  , at  2:30 p m.

Dated: 12/4/19

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Judge