# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Flo & Eddie, Inc. | CASE NUMBER |
| PLAINTIFF(S), | 2:14-cv-07648 PSG(RZx) |
| v. | |
| Pandora Media, Inc. et al | NOTICE OF REASSIGNMENT OF CASE |
| DEFENDANT(S). | |

To: ALL COUNSEL APPEARING OF RECORD

☑ Pursuant to Minute Order of the Court filed _01/06/2010__

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been referred to the calendar of Magistrate Judge Gail J. Standish for:

☐ all further proceedings;
☑ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 05-07.
☐ other: _____

On all documents subsequently filed in this case, please substitute the initials ___GJS___ after the case number in place of the initials of the prior judge so that the case number will read: _2:14-cv-07648 PSG(GJSx)_ . This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date 01/06/2020

By Robert R. Nadres
Deputy Clerk

cc: ☐ Previous Judge   ☐ Statistics Clerk

G-41 (04/14)                NOTICE OF REASSIGNMENT OF CASE