Kalpana Srinivasan (SBN 237460)
ksrinivasan@susmangodfrey.com
Steven G. Sklaver (SBN 237612)
ssklaver@susmangodfrey.com
Rohit D. Nath (SBN 316062)
rnath@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Henry Gradstein (SBN 89747)
hgradstein@gradstein.com
Maryann R. Marzano (SBN 96867)
Mmarzano@gradstein.com
**GRADSTEIN & MARZANO, P.C.**
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
Telephone: (323) 776-3100

Attorneys for Plaintiff Flo & Eddie, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendant. | Case No. 2:14-cv-07648-PSG (GJSx)<br><br>Hon. Philip S. Gutierrez<br><br>**DECLARATION OF ROHIT D. NATH IN SUPPORT MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**(PURSUANT TO JUDGE STANDISH'S COVID-19 EMERGENCY PROCEDURES)**<br><br>**DISCOVERY MATTER**<br><br>Date and Time : TBD<br>Place: Courtroom 640<br>Judge: Gail J. Standish (Magistrate) |

I, Rohit D. Nath, hereby declare and state as follows:

1. I am an associate at Susman Godfrey LLP, counsel of record for the Plaintiff Flo & Eddie, Inc., ("Plaintiff") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration and, if called to testify thereto, could and would do so competently. I submit this declaration in support of

2. Attached as Exhibit A is a true and correct copy of Plaintiff Flo & Eddie's First Set of Requests for Production, dated December 18, 2019.

3. Attached as Exhibit B is a true and correct copy of Defendant Pandora's Supplemental Responses and Objections to Flo & Eddie's First Set of Requests for Production, dated March 4, 2020.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Pandora Media, LLC Corporate Counsel Christopher J. Norton in Support of Defendant Pandora Media, LLC's Renewed Special Motion to Strike Under California Code of Civil Procedure § 425.16, *Flo & Eddie v. Pandora Media, LLC*, No. 2:14-cv-07648- PSG (GJSx), ECF No. 70.

5. On February 5, 2020, the parties met and conferred in person regarding Flo & Eddie's First Set of Requests for Production. Attached as Exhibit D is true and correct copy of the letter sent by Flo & Eddie to Pandora on January 28, 2020, to initiate the meeting. Attached as Exhibit E is a true and correct copy of the correspondence related to that meeting.

6. On March 13, 2020, the parties further met and conferred telephonically regarding Flo & Eddie's First Set of Requests for Production. During that meet-and-confer, Pandora stated that it had not collected or reviewed the documents in question, and that Pandora was unable to identify the volume of documents in its possession related to the SoundExchange Letter. Attached as Exhibit F is a true and correct copy of the letter sent by Flo & Eddie to Pandora on March 9, 2020, to initiate the meeting. Attached as Exhibit G is a true and correct copy of the correspondence related to that meeting.

7. On March 19, 2020, the parties further met conferred telephonically regarding Flo & Eddie's First Set of Requests for Production. Attached as Exhibit H is a true and correct copy of the correspondence related to that meeting.

8. On April 3, 2020, the parties further met conferred telephonically regarding Flo & Eddie's First Set of Requests for Production. Attached as Exhibit I is a true and correct copy of the correspondence related to that meeting.

9. Despite the parties repeated meet-and-confers regarding Flo & Eddie's First Set of Requests for Production and Flo & Eddie having made the arguments in its attached motion, the parties have been unable to reach agreement as to the arguments outlined in Plaintiff's motion to compel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of April, 2020, at Los Angeles, California.

                                        /s/ Rohit D. Nath
                                        Rohit D. Nath