```
FILED
CLERK, U.S. DISTRICT COURT

4/24/2020

CENTRAL DISTRICT OF CALIFORNIA
BY:      WH       DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendant. | Case No. 2:14-cv-07648-PSG (GJSx)<br><br>Hon. Philip S. Gutierrez<br><br>[~~PROPOSED~~] ORDER AMENDING THE DEADLINES RELATED TO PANDORA MEDIA LLC'S PENDING ANTI-SLAPP MOTION<br><br>Dept  : Courtroom 6A<br>Judge: Philip S. Gutierrez |

1
2
3
4      **PURSUANT TO THE JOINT STIPULATION OF THE PARTIES, IT IS SO ORDERED.** The deadlines related to Pandora Media, LLC's pending anti-SLAPP motion are amended as follows:
5
6
7
8
9
10
11
12
13

|  | **Deadline** |
|---|---|
| Close of anti-SLAPP discovery | 7/16/2020 |
| Deadline for Plaintiff to oppose Pandora's anti-SLAPP motion | 8/6/2020 |
| Deadline for Pandora to file its reply brief in support of its anti-SLAPP motion | 8/27/2020 |
| Hearing on anti-SLAPP motion | 9/14/2020 at 1:30pm |

14
15
16
17    Dated: 4/24/2020                    **PHILIP S. GUTIERREZ**
18                                        _____
                                          Philip S. Gutierrez
19                                        UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28