

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>PANDORA MEDIA, LLC, a Delaware corporation,<br><br>        Defendant-Appellant. | No. 20-56134<br><br>D.C. No. 2:14-cv-07648-PSG-GJS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's opposed motion (Docket Entry No. 11) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellant proceedings are stayed until resolution of *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 17-55844, or further order of the court.

Appellant's shall file a status report on April 13, 2021 and every 90 days thereafter while *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.* remains pending.

Appellant shall notify the court by filing a status report within 7 days after resolution of *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

SSR/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7